# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 8, 2024

Mr. Adam G. Unikowsky, Esq.
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001

Ms. Kelsi Brown Corkran, Esq.
Institute for Constitutional Advocacy and Protection
600 New Jersey Ave., NW
Washington, D.C. 20001

    Re:  **Acheson Hotels, LLC**
           **v. Deborah Laufer**
           **No. 22-429**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of joint appendix:** | $733.50 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $1,033.50 |

    This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc:  Clerk, 1st Cir.
      (Your docket No. 21-1410)

# Supreme Court of the United States

No. 22–429

**ACHESON HOTELS, LLC,**

Petitioner

v.

**DEBORAH LAUFER**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the First Circuit with instructions to dismiss the case as moot.

**IT IS FURTHER ORDERED** that the petitioner, Acheson Hotels, LLC, recover from Deborah Laufer, One Thousand Thirty-three Dollars and Fifty Cents ($1,033.50) for costs herein expended.

December 5, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $733.50 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $1,033.50 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States