# United States Court of Appeals
## For the First Circuit

_____

No. 21-1410

DEBORAH LAUFER,

Plaintiff - Appellant,

v.

ACHESON HOTELS, LLC,

Defendant - Appellee.
_____

Before

Kayatta, Howard and Thompson,
<u>Circuit Judges</u>.
_____

**JUDGMENT**

Entered: January 8, 2024

    In light of the Supreme Court's decision in <u>Laufer</u> v. <u>Acheson Hotels, LLC</u>, 144 S. Ct. 18, 2023 WL 8378965 (Dec. 5, 2023), vacating this Court's judgment and remanding the case with instructions to dismiss the case as moot, this case is hereby dismissed as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas B. Bacon
Sally A. Morris