# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1410

DEBORAH LAUFER,

Plaintiff - Appellant,

v.

ACHESON HOTELS, LLC,

Defendant - Appellee.

———————————

**MANDATE**

Entered: January 30, 2024

In accordance with the judgment of January 8, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

Costs are taxed in favor of the appellant in the amount of $214.50.


By the Court:

Maria R. Hamilton, Clerk


cc:
Hon. George Z. Singal
Christa Berry, Clerk, United States District Court for the District of Maine
Thomas B. Bacon
Sally A. Morris